FILED
17-0400
12/20/2017 1:23 PM
tex-21407597
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 17-0400

# The Supreme Court of Texas

### STATE FARM LLOYDS

*Petitioner / Cross-Respondent*

### v.

### DENNIS WEBB

*Respondent / Cross-Petitioner*

*On Petition for Review from the*
*Ninth Court of Appeals—Beaumont, Texas*
*No. 09-15-00408-CV*

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE REPLIES TO THE PETITIONS FOR REVIEW

Petitioner State Farm Lloyds and Cross-Petitioner Dennis Webb file this Joint

Motion for Extension of Time to file replies to the responses to the Petitions for

Review filed by the parties pursuant to Texas Rule of Appellate Procedure 10.5(b),

and respectfully states as follows:

1.      This is the first request for an extension of time to file replies to the

petitions for review in this case.

2.     The current deadline for State Farm Lloyds to file its motion is January 4, 2018.

3.     The current deadline for Webb to file his motion is also January 4, 2018.

4.     The parties have agreed to request an extension of the deadline to file their motions until and including Monday, February 5, 2018.  The extension is needed to accommodate counsel for both parties, who have numerous preexisting family obligations associated with the Christmas and New Year's holidays. The relief sought by this motion is so that justice may be done, and is not sought solely for delay or any other improper purpose.

### **PRAYER**

WHEREFORE, Petitioner State Farm Lloyds and Cross-Petitioner Dennis Webb respectfully request the Court extend the response deadline until and including February 5, 2018.

Dated:  December 20, 2017

By:     */s/ J. Hampton Skelton*
        J. Hampton Skelton
        State Bar No. 18457700
        hskelton@skeltonwoody.com
        Edward F. Kaye
        State Bar No. 24012942
        ekaye@skeltonwoody.com
        Eva C. Ramos
        State Bar No. 20143100
        eramos@skeltonwoody.com
        SKELTON & WOODY
        248 Addie Roy
        Building B, Suite 302
        Austin, Texas 78746-4100
        Tel:  (512) 651-7000
        Fax: (512) 651-7001

        **COUNSEL FOR
        STATE FARM LLOYDS**

Respectfully submitted,

By:     /s/ *Gregory F. Cox* (with permission)
        Gregory F. Cox
        State Bar No. 00793561
        Brandon Kinard
        State Bar No. 24079744
        THE MOSTYN LAW FIRM
        6280 Delaware Street
        Beaumont, Texas 77706
        Tel: (409) 832-2777
        Fax: (409) 832-2703

        **COUNSEL FOR
        DENNIS WEBB**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for State Farm Lloyds conferred with counsel for Dennis Webb concerning the merits of this Joint Motion for Extension of Time to File Replies to the Petitions for Review. All parties are in agreement concerning the relief sought herein.

*/s/ J. Hampton Skelton*
J. Hampton Skelton

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, counsel of record listed below was served with a copy of the foregoing document via facsimile. I further certify that on the same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which may send notification of such filing to counsel of record:

Mr. Gregory F. Cox                                     *Via facsimile (409) 832-2703*
Mr. Brandon Kinard
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, Texas 77706

*/s/ J. Hampton Skelton*
J. Hampton Skelton

4